USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
JIANJUN CHEN, QING PU, YOUCHUN :
ZHENG, ALLEN CHUN KANG, MINZHONG :
DUAN, JIANSHE WANG, GUOLONG FU, : 1:16-cv-5735-GHW
GENXIANG ZHANG, GENGSHEN ZHAO, :
JIANXIN FENG, and QUN WANG, *on behalf of* : ORDER
*themselves and others similarly situated*, :
:
Plaintiffs, :
:
-against- :
:
2425 BROADWAY CHAO RESTAURANT, :
LLC d/b/a OLLIE'S TO GO RESTAURANT, *et* :
*al*, :
:
Defendants. :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

The Court has received Defendant Kasner's motion to vacate the default judgment. Dkt. No. 267. During the January 31, 2020 hearing, the Court will address the issues raised in that motion. All Defendants in this action—but specifically Defendant Kasner—are directed to appear in person or through counsel.

Plaintiffs are directed to serve this order on Defendants and to retain proof of service.

SO ORDERED.

Dated: January 30, 2020  
New York, New York

_____
GREGORY H. WOODS
United States District Judge