USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JIANJUN CHEN, QING PU, YOUCHUN ZHENG, ALLEN CHUN KANG, MINZHONG DUAN, JIANSHE WANG, GUOLONG FU, GENXIANG ZHANG, GENGSHEN ZHAO, JIANXIN FENG, and QUN WANG, *on behalf of themselves and others similarly situated*,

                      Plaintiffs,

-against-

2425 BROADWAY CHAO RESTAURANT, LLC d/b/a OLLIE'S TO GO RESTAURANT, *et al*,

                      Defendants.

-----------------------------------------------------------------X

1:16-cv-5735-GHW

<u>ORDER</u>

GREGORY H. WOODS, District Judge:

For the reasons stated on the record during the January 31, 2020 hearing, the Court dismisses this action as to Defendants 2425 Broadway Chao Restaurant, LLC, d/b/a Ollie's To Go Restaurant, Cho Kam Sze, and Anthony Mazzola. Plaintiffs have until February 7, 2020 to submit any further evidentiary support as to the propriety of service of the Third Amended Complaint on Defendant John Wang. The Court will hold an evidentiary hearing with respect to, among other things, Plaintiffs' service on Defendant John Wang on February 12, 2020 at 1:00 p.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. For the reasons stated on the record during the January 31, 2020 conference, Mr. Troy is directed to appear in person at that February 12, 2020 hearing.

Plaintiffs are directed to serve this order on Defendants and to retain proof of service.

The Clerk of Court is directed to remove the names of Defendants 2425 Broadway Chao Restaurant, LLC, d/b/a Ollie's To Go Restaurant, Cho Kam Sze, and Anthony Mazzola from the caption of this case.

SO ORDERED.

Dated: February 1, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge