USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
JIANJUN CHEN, QING PU, YOUCHUN :
ZHENG, ALLEN CHUN KANG, MINZHONG :
DUAN, JIANSHE WANG, GUOLONG FU, : 1:16-cv-5735-GHW
GENXIANG ZHANG, GENGSHEN ZHAO, :
JIANXIN FENG, and QUN WANG, *on behalf of* : ORDER
*themselves and others similarly situated*, :
:
Plaintiffs, :
:
-against- :
:
WMK 89TH STREET LLC, *et al*, :
:
Defendants. :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

For the reasons stated on the record during the February 12, 2020 hearing, the Court dismisses this action as to Defendant Chao Ching Wang.

Plaintiffs are directed to serve this order on Defendants and to retain proof of service.

The Clerk of Court is directed to remove the name of Defendant Chao Ching Wang from the caption of this case.

SO ORDERED.

Dated: February 12, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge