```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JIANJUN CHEN, QING PU, YOUCHUN                                   :
ZHENG, ALLEN CHUN KANG, MINZHONG                                 :
DUAN, JIANSHE WANG, GUOLONG FU,                                  :     1:16-cv-5735-GHW
GENXIANG ZHANG, GENGSHEN ZHAO,                                   :
JIANXIN FENG, and QUN WANG, on behalf of                         :     ORDER
themselves and others similarly situated,                        :
                                                                 :
                                         Plaintiffs,             :
                                                                 :
                      -against-                                  :
                                                                 :
WMK 89TH STREET LLC, et al,                                      :
                                                                 :
                                         Defendants.             :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/2020

GREGORY H. WOODS, District Judge:

Application granted. Plaintiffs have an additional two weeks from the date of this order to roceed with its default judgment application against the remaining Defendants. Should Plaintiffs wish to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(2), any such application is also due no later than two weeks from the date of this order.

As a practice point, the Court notes that in its May 20, 2020 opinion, it stated that "[s]hould Troy Law wish to proceed with its default judgment application against the defendants remaining in this litigation, counsel should proceed by a new order to show cause no later than two weeks from the date of this opinion." Two weeks from May 20, 2020 was June 3, 2020—the same day counsel filed its application for an extension of time. Counsel for Plaintiffs have been reminded numerous times during the pendency of this litigation that the Court's Individual Rules of Practice require, among other things, that requests for extensions of time be made at least two business days prior to the original due date. *See, e.g.*, Dkt. No. 272. Counsel for Plaintiffs are again directed to comply with the Court's Individual Rules.

Plaintiffs are directed to serve a copy of this order on Defendants and to retain proof of service.

SO ORDERED.

Dated: June 4, 2020

_____
GREGORY H. WOODS
United States District Judge