```
Case 1:16-cv-05735-GHW   Document 292   Filed 06/19/20   Page 1 of 2
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JIANJUN CHEN, QING PU, YOUCHUN
ZHENG, ALLEN CHUN KANG, MINZHONG
DUAN, JIANSHE WANG, GUOLONG FU,
GENXIANG ZHANG, GENGSHEN ZHAO,
JIANXIN FENG, and QUN WANG, *on behalf of
themselves and others similarly situated*,

                Plaintiffs,

-against-

WMK 89TH STREET LLC, *et al*,

                Defendants.

-----------------------------------------------------------------X

1:16-cv-5735-GHW

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/2020

GREGORY H. WOODS, District Judge:

    The Court will hold a hearing to discuss counsel for the remaining Plaintiffs' application to withdraw at 10:00 a.m. on June 30, 2020. The remaining Plaintiffs—that is, all Plaintiffs other than Jianjun Chen—are directed to personally appear for this conference, and Plaintiffs' counsel is directed to retain a certified simultaneous translator for the hearing who can translate for every plaintiff who requires the assistance of a translator. The conference will take place by telephone. Plaintiffs and their counsel are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19, available on the Court's website. Plaintiffs' counsel are specifically directed to comply with Emergency Rule 2(C).

    Plaintiffs' counsel is directed to serve a copy of this order on their clients and to file proof of service on the docket of this case by no later than June 23, 2020.

    Plaintiffs are directed to serve a copy of this order on Defendants and to retain proof of service.

Because Plaintiff Jianjun Chen has stipulated to the dismissal of his claims against all the remaining defendants, *see* Dkt. No. 241, the Clerk of Court is directed to remove Plaintiff Jianjun Chen's name from the caption of this case.

SO ORDERED.

Dated: June 19, 2020

_____
GREGORY H. WOODS
United States District Judge