```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
QING PU, YOUCHUN ZHENG, ALLEN CHUN :
KANG, MINZHONG DUAN, JIANSHE WANG, :
GUOLONG FU, GENXIANG ZHANG,                  :        1:16-cv-5735-GHW
GENGSHEN ZHAO, JIANXIN FENG, and         :
QUN WANG, *on behalf of themselves and others similarly* :       ORDER
*situated*,                                                              :
:
                               Plaintiffs,   :
:
               -against-                 :
:
WMK 89TH STREET LLC, *et al*,                :
:
                              Defendants.  :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

      For the reasons discussed on the record during the June 30, 2020 teleconference, the Court will reschedule the conference to decide Plaintiffs' counsel's motion to withdraw. The conference will take place on July 8, 2020 at 3:00 by telephone. Plaintiffs are directed to personally appear for this conference, and Plaintiffs' counsel is directed to retain a simultaneous translator for the hearing who can translate for every plaintiff who requires the assistance of a translator. As discussed on the record during the June 30, 2020 conference, counsel is directed, among other things, to discuss the qualifications of their proposed simultaneous translator with the Court's interpreters.

      The conference will take place by telephone. Plaintiffs and their counsel are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19, available on the Court's website. Plaintiffs' counsel are specifically ordered to comply with Emergency Rule 2(C). Counsel did not do so in advance of the June 30, 2020 conference.

      Plaintiffs' counsel is directed to serve a copy of this order on their clients and to file proof of service on the docket of this case by no later than July 3, 2020.

Plaintiffs are directed to serve a copy of this order on Defendants and to retain proof of service.

SO ORDERED.

Dated: June 30, 2020

GREGORY H. WOODS
United States District Judge