```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
YOUCHUN ZHENG, ALLEN CHUN KANG,                                  :
MINZHONG DUAN, JIANSHE WANG,                                     :
GUOLONG FU, GENXIANG ZHANG,                                      :     1:16-cv-5735-GHW
GENGSHEN ZHAO, JIANXIN FENG, and                                 :
QUN WANG, on behalf of themselves and others similarly           :     ORDER
situated,                                                        :
                                                                 :
                                    Plaintiffs,                  :
                                                                 :
                       -against-                                 :
                                                                 :
WMK 89TH STREET LLC, KEVIN GARCIA, and                           :
CINDY CHEAH,                                                     :
                                                                 :
                                    Defendants.                  :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2020

GREGORY H. WOODS, District Judge:

For the reasons stated on the record during the conference held on July 8, 2020, the Troy Law Firm's motion to withdraw as counsel for Plaintiffs is GRANTED. Furthermore, any application for default judgment against the remaining defendants must be filed by August 7, 2020. If the Court does not hear from Plaintiffs by that date, as stated on the record during the July 8, 2020, the Court will dismiss the case for failure to prosecute.

Furthermore, as stated on the record, Youchun Zheng, Allen Chun Kang, Jianshe Wang, Gengshen Zhao, and Jianxin Feng have dismissed their cases against the remaining defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Clerk of Court is directed to update the docket with the following contact information, provided to the Court by Troy Law at Dkt. No. 293 at 2:

- Guolong Fu: 144-41 Sanford Ave, Apt 3C, Flushing, NY 11355
- Minzhong Duan: 132-47 Maple Avenue, Apt.C403, Flushing NY 11355
- Genxiang Zhang: 4173 Summit CT Fl 2, Flushing NY 11355

- Qun Wang:: 140-25 Ash Ave Apt 2D, Flushing NY 11355

The Clerk of Court is additionally directed to terminate the motion pending at Dkt. No. 388, and is directed to remove the names of Mr. Troy, Mr. Schweitzer, and Mr. Byun from the list of counsel in this case. The Clerk of Court is further directed to remove the name of Youchun Zheng, Allen Chun Kang, Jianshe Wang, Gengshen Zhao, and Jianxin Feng from the list of the plaintiffs in this case. The Clerk of Court is further directed to mail a copy of this order to the remaining four Plaintiffs and note proof of service on the docket.

SO ORDERED.

Dated: July 8, 2020

_____
GREGORY H. WOODS
United States District Judge